UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Nerida Posey
                       Plaintiff,

v.                                               Case No.: 1:09−cv−04337
                                                Honorable George W. Lindberg

Collectcorp Corporation
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2009:

      MINUTE entry before the Honorable George W. Lindberg: Pursuant to Rule 68, Fed. R. Civ. P., Defendant, Collectcorp Corporation("Collectcorp"), hereby offers to allow judgment to be taken against it in favor ofPlaintiff, Nerida Posey, as follows:The party making the Offer of Judgment is Collectcorp;The Offer of Judgment is being made to Plaintiff, Nerida Posey;Judgment shall be entered against Collectcorp for statutory and actualdamages in the amount of $500 for Collectcorp's alleged violations of theFair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., and any otherviolations Plaintiff alleged in this lawsuit against Collectcorp; The Judgment entered shall also include an amount for reasonable costs andattorneys fees accrued through the date of this Offer of Judgment with respect to the claims against Collectcorp. Reasonable costs and attorney'sfees in the amount of $2,350.00. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.